UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KENNETH HAYNES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:10CV1708 CDP |
| | ) |
| BANK OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

On February 25, 2011, plaintiffs moved for a more definite statement explaining my January 29, 2011 order and asking that I order the defendants to submit proof of their attorney's fees. Plaintiff Sandra Haynes also called chambers requesting an explanation of the Order prior to filing this motion. Because my Order was clear, citing a rule and case law that the plaintiffs should consider reading and researching, and the defendants are only required to prove attorney's fees if the plaintiffs re-file this suit, the motion is denied. The defendants are not required to respond to this motion in any way.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion for more definite statement and motion for determination and prove up of defendants' attorney's fees and cost [#76] is **DENIED** in its entirety.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of February, 2011.